No. 692.—Muñiz Vda. de Pérez Etc., peticionarios, v. Corte de Distrito de Arecibo, demandada.— Feb. 20, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

No ha lugar.

No. 265.—Peña Vda. de Balbás, peticionarios, v. Corte de Distrito de San Juan, demandada.— Feb. 20, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Vista la petición de *mandamus,* las órdenes de la corte inferior de junio 29 y 26 de diciembre de 1929, y vista además la oposición del interventor así como los informes orales de ambas partes, aun considerando que este tribunal tenga facultades para ordenar que una corte inferior castigue por desacato, no encontrando motivos suficientes para intervenir en la discreción de la Corte de Distrito de San Juan en la forma que la ha ejercitado en el presente caso, no ha lugar a conceder el auto de *mandamus* que se solicita.

No. 5227.—Santini Fertilizer Co., aplda., v. Casas et al., apltes.—C. D. San Juan. Feb. 27, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Habiendo sido interpuesta esta apelación el 8 de enero último sin el sello de rentas internas que dispone la ley y, además, no habiendo hecho los apelantes gestión alguna desde dicha fecha para perfeccionar su recurso, desestimamos la apelación, a instancia de la apelada.